LOEB & LOEB LLP
DAVID A. GROSSMAN (State Bar No. 211326)
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4164
Telephone: 310-282-2000
Facsimile: 310-282-2200
(dgrossman@loeb.com)

Attorneys for Plaintiff
MERRILL LYNCH CREDIT
CORPORATION, a Delaware
corporation, MERRILL LYNCH &
CO. INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILL LYNCH CREDIT CORPORATION, a Delaware corporation, MERRILL LYNCH & CO. INC, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST FOUNDATION MORTGAGE GROUP, a California corporation and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 2:07-CV- 00502 (GEB-GGH)<br><br>**STIPULATED [PROPOSED] PERMANENT INJUNCTION AND CONSENT JUDGMENT** |

Plaintiffs Merrill Lynch Credit Corporation ("MLCC") and Merrill Lynch & Co., Inc. ("Merrill Lynch") (collectively "Plaintiffs"), and defendant First Foundation Mortgage Group ("Defendant"), by and through their counsel, hereby jointly request a Consent Judgment and Permanent Injunction as follows:

## FACTUAL BACKGROUND

1. Plaintiffs commenced this action on or about March 14, 2007, alleging claims against Defendant for (1) False Designation of Origin under the Lanham Act; (2) Unfair Competition Under §17200 of California Business & Professions Code;

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1631484.2
202970-10196

1

STIPULATED JUDGMENT AND
PERMANENT INJUNCTION

1  (3) Common Law Unfair Competition; (4) False Advertising Under the Lanham
2  Act; (5) False Advertising Under California Law; and (6) Dilution.
3      2.    This action was commenced by Plaintiffs against Defendant based on
4  alleged false representations that were made by Defendant's representatives in
5  connection with Defendant's solicitation of customers for its mortgage business.
6  Plaintiffs believe that Defendant's representatives were contacting MLCC mortgage
7  customers and representing to those individuals that Defendant was affiliated with
8  MLCC and/or Merrill Lynch and was calling "on behalf of" MLCC.
9      3.    This Court has personal jurisdiction over Defendant as it is a California
10 corporation and operates in this judicial district.
11     4.    Defendant First Foundation has entered into this Stipulated Permanent
12 Injunction and Consent Judgment freely and without coercion and acknowledges
13 that it is willing to and prepared to abide by its terms.

## JUDGMENT AND PERMANENT INJUNCTION

15     5.    This Court has jurisdiction over the subject matter hereof and over the
16 Plaintiffs and Defendant.
17     6.    The provisions of this Stipulated Permanent Injunction shall be
18 applicable to Defendant, its respective parents, subsidiaries, affiliates, divisions and
19 their respective officers, directors, principals, employees, representatives, successors
20 and assigns.
21     7.    Defendant hereby agrees to be permanently enjoined from:
22     a.    Stating, implying or representing, in any manner (either verbally
23 or in writing), that Defendant is associated or affiliated with Plaintiffs or their
24 affiliates or subsidiaries;
25     b.    Stating, implying or representing, in connection with
26 Defendant's solicitation of customers, that Defendant is acting "on behalf of"
27 Plaintiffs or with Plaintiffs' knowledge or approval;
28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1631484.2
202970-10196

2

STIPULATED JUDGMENT AND
PERMANENT INJUNCTION

c. Using Plaintiffs' names or trademarks in a prominent and conspicuous manner in connection with solicitations of customers, including, but not limited to, the use of boldface and/or large font references to Plaintiffs in Defendant's correspondence with customers or potential customers; and

d. Engaging in any other activity constituting unfair competition with Plaintiffs, constituting an infringement of Plaintiffs' registered trademarks, or constituting false or misleading representations involving Plaintiffs or their affiliated entities.

8. Defendant agrees to pay the amount of $1,000.00 to Plaintiffs, which amount shall be in the form of a certified check, made payable to Merrill Lynch Credit Corporation. This amount must be delivered to Plaintiffs' counsel within fifteen (10) business days of execution of this Agreement.

9. In exchange for the payment of $1,000.00, Plaintiffs hereby release, acquit and discharge Defendant and its current and former agents, attorneys, representatives, owners, employees, officers and directors, of and from any and all obligations, debts, claims, liabilities, demands, and causes of action that were or could have been asserted based on Defendant's conduct as alleged in the Complaint from the beginning of the world to the day of the date of this release.

## **RETENTION OF JURISDICTION**

10. The Court shall retain jurisdiction over this action for all purposes.

WHEREFORE, the parties jointly request that the Court grant this Stipulation for Consent Judgment and Permanent Injunction and issue an order regarding same.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1631484.2
202970-10196

3

STIPULATED JUDGMENT AND
PERMANENT INJUCTION

| | |
|---|---|
| Dated: June __, 2007 | MATHENY SEARS LINKERT & LONG, LLP<br>ARISTIDES G. TZIKAS |
| | By: _____<br>   Aristides G. Tzikas<br>   Attorneys for Defendant |
| Dated: June __, 2007 | LOEB & LOEB LLP<br>DAVID A. GROSSMAN |
| | By: _____<br>   David Grossman<br>   Attorneys for Plaintiffs |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1631484.2
202970-10196

4

STIPULATED JUDGMENT AND
PERMANENT INJUCTION

# **ORDER**

Upon consideration of the Stipulation for Consent Judgment and Permanent Injunction filed by Plaintiffs Merrill Lynch Credit Corporation and Merrill Lynch & Co., Inc. (collectively "Plaintiffs"), and Defendant First Foundation Mortgage Group ("Defendant"), it is hereby ordered, judged and decreed as follows:

1. The Stipulation for Consent Judgment and Permanent Injunction is GRANTED.

2. Judgment is entered against Defendant and in favor of Plaintiffs.

3. Defendant, its respective parents, subsidiaries, affiliates, divisions and their respective officers, directors, principals, employees, representatives, successors and assigns are hereby permanently enjoined and restrained from:

    a. Stating, implying or representing, in any manner (either verbally or in writing), that Defendant is associated or affiliated with Plaintiffs or their affiliates or subsidiaries;

    b. Stating, implying or representing, in connection with Defendant's solicitation of customers, that Defendant is acting "on behalf of" Plaintiffs or with Plaintiffs' knowledge or approval;

    c. Using Plaintiffs' names or trademarks in a prominent and conspicuous manner in connection with Defendant's solicitations of customers, including, but not limited to, the use of boldface and/or large font references to Plaintiffs in Defendant's correspondence with customers; and

    d. Engaging in any other activity constituting unfair competition with Plaintiffs, constituting an infringement of Plaintiffs' registered trademarks, or constituting false or misleading representations involving Plaintiffs or their affiliated entities.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1631484.2
202970-10196

5

STIPULATED JUDGMENT AND
PERMANENT INJUNCTION

1     IT IS FURTHER ORDERED, JUDGED AND DECREED that the Court
2 shall retain jurisdiction over this action for all purposes.

4 Dated: September 5, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1631484.2
202970-10196

6

STIPULATED JUDGMENT AND
PERMANENT INJUCTION